UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| LEONARDO DIVINCI LARCK, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | CV418-178 |
| | ) | CR415-027 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Leonardo Divinci Larck moves under 28 U.S.C. § 2255 to vacate, set aside, or correct his federal sentence. CR415-027, doc. 102. The Court **DIRECTS** the Government to respond within ninety days from the date of this Order. 28 U.S.C. § 2255 Rule 4(b).

**SO ORDERED,** this 30th day of July, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA